**Dismiss and Opinion Filed June 21, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01262-CV

## IN THE INTEREST OF J.M.H. AND J.K.H., CHILDREN

**On Appeal from the 470th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 470-55926-2015**

## MEMORANDUM OPINION
Before Justices Francis, Fillmore, and Whitehill
Opinion by Justice Whitehill

Appellant's brief in this case is overdue. By postcard dated March 2, 2018, we notified appellant the time for filing his brief had expired. We directed appellant to file a brief and an extension motion within ten days. We cautioned appellant that failure to file a brief and an extension motion would result in the dismissal of this appeal without further notice. On April 18, 2018, we again notified appellant by postcard that the time for filing his brief had expired. We again cautioned appellant that failure to file a brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellant has not filed a brief, filed an extension motion, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).


/Bill Whitehill/

BILL WHITEHILL
JUSTICE


171262F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF J.M.H. AND
J.K.H., CHILDREN

No. 05-17-01262-CV

On Appeal from the 470th Judicial District
Court, Collin County, Texas
Trial Court Cause No. 470-55926-2015.
Opinion delivered by Justice Whitehill.
Justices Francis and Fillmore participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee Brannan Mosier recover his costs of this appeal from appellant Shelia Williams.

Judgment entered June 21, 2018.

–3–